UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL,<br><br>                              Plaintiff,<br><br>           -against-<br><br>PRABAL GURUNG, LLC,<br><br>                              Defendant. | Case No. 1:23-cv-04861 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

 Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. The docket reflects that Defendant's deadline to answer the Complaint was August 14, 2023. ECF No. 7. On August 31, 2023, Plaintiff requested a certificate of default from the Clerk of Court, which was entered that same day. ECF Nos. 10-12. On September 3, 2023, Defendant appeared in this action, but has not yet responded to the Complaint. ECF No. 13. By separate Order today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement, as well as a report and recommendation on any dispositive motions.

 In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. If all parties so consent, counsel shall file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

If the parties do so, and the Court so orders the form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

Dated: September 13, 2023
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge