USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/13/2023

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

**STEIN | SAKS, PLLC**

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 13, 2023

**Via CM/ECF**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York

Granted.

SO ORDERED:

10/13/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RE:    *Lawal v. Prabal Gurung, LLC*
       1:23-cv-04861-JLR

Dear Judge Lehrburger:

        This law firm represents Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request that the Initial Conference currently scheduled for October 18, 2022, be adjourned by 30 days. Defendant also requests that his due date to answer the complaint be extended to the same date. Plaintiff consents to this request.

        The Parties are engaged in ongoing settlement discussions and are hopeful their efforts will result in a settlement resolving all claims between the Parties. These extension requests are not intended for delay and would promote the most efficient use of the Court's and Parties' resources. The extension of time will not affect any other scheduled dates.

        This is the first such request in this matter.

        We thank the Court for its kind consideration and courtesies.

                                        Respectfully Submitted,


                                        */s/ Mark Rozenberg*
                                        By:  Mark Rozenberg, Esq.