UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>  -against-<br><br>PRABAL GURUNG, LLC,<br><br>         Defendant. | Case No. 1:23-cv-04861 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at ECF No. 21 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot. All conferences are cancelled. The Clerk of Court is respectfully directed to CLOSE the case.

Dated: December 11, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge