

YAAKOV SAKS▲•*
JUDAH STEIN▲^
ELIYAHU BABAD▲^
MARK ROZENBERG •
KENNETH WILLARD▲•

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 9, 2024

**<u>Via CM/ECF</u>**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

RE:     *Lawal v. Prabal Gurung, LLC*
        <u>Case No.: 1:23-cv-04861-JLR-RWL</u>

Dear Judge Rochon:

> The requested extension of time to file an application to reopen this matter until **February 9, 2024**, is GRANTED.
>
> Dated: January 9, 2024
>        New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

   We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file any application to reopen this matter.  The new due date would be February 9, 2024.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

   This is the first such request in this matter.

   We thank the Court for its kind consideration and courtesies.

                    Respectfully Submitted,


                    <u>/s/ Mark Rozenberg</u>
                    By:  Mark Rozenberg, Esq.